JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SARA ANDREA AVEDANO-AGUILAR,

        Petitioner,

    v.

WARDEN, ADELANTO DETNTION FACILITY, et al.,

        Respondents.

No. 5:26-cv-00496-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted and Respondents are enjoined from continuing to detain Petitioner unless she is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order. The Clerk of Court is directed to close this case.

DATED: __February 19, 2026__

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE